```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 24623
    FELICIA L WESLEY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1147


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 09/17/2008 and was confirmed 12/01/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/15/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED             700.00            .00          45.00
MIDFIRST BANK              CURRENT MORTG          .00            .00            .00
MIDFIRST BANK              MORTGAGE ARRE    25358.72            .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
VERIZON WIRELESS           UNSECURED       NOT FILED            .00            .00
VERIZON WIRELESS/GREAT     UNSECURED       NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,464.00                         453.80
TOM VAUGHN                 TRUSTEE                                            38.70
DEBTOR REFUND              REFUND                                            107.50

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS               DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                             645.00

PRIORITY                                                    .00
SECURED                                                   45.00
UNSECURED                                                   .00
ADMINISTRATIVE                                           453.80
TRUSTEE COMPENSATION                                      38.70
DEBTOR REFUND                                            107.50
                               ---------------     ---------------
TOTALS                              645.00                645.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 24623 FELICIA L WESLEY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                            PAGE   2
        CASE NO. 08 B 24623 FELICIA L WESLEY